# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>DAVID W. DAVENPORT,<br><br>                Defendant. | Case No. 5:21-po-00362-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** 36 C.F.R. § 4.10(a), operating a motor vehicle off road

**Sentence Date:** July 5, 2022

**Review Hearing Date:** May 2, 2023

**Probation Expires On:** July 5, 2023

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $790.00, which Total Amount is made up of a Fine: $750.00; Special Assessment: $30; Processing Fee: $10; Restitution: $0.

☒ Payment schedule of $80.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 20 hours

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                                                                                       Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ Chan Hee Chu

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/2/2023 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 4/10/2023      /s/ Erin M. Snider
DEFENDANT'S COUNSEL

DATED: 4/11/2023      /s/ Chan Hee Chu
GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 11, 2023**

UNITED STATES MAGISTRATE JUDGE